# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

United States District Cou[rt]
Southern District of Texa[s]
FILED

FEB 26 2000

MICHAEL N. MILBY CLERK

BOBBY DIXON §
    Plaintiff §
§
§
v. § Cause No. C-00-097
§
§
Dr. RONALD MOORE §
    Defendant §
§
§

## MOTION FOR THE APPOINTMENT OF COUNSEL

**COMES NOW,** Bobby Dixon, Plaintiff in the above-titled cause, pursuant to §1915, requests this court to appoint counsel to represent Plaintiff in this case for the following reasons:

1) The plaintiff is unable to afford counsel as indicated by Plaintiff's Application to Proceed in Forma Pauperis.

2) The issues involved in this case are very complex.

3) The Plaintiff has a limited knowledge of the law.

4) The case will possibly require discovery of documents as well as the depositions of witnesses.

_[signature]_  2000

Bobby Dixon  #488309
Wynne Unit T.D.C.J.I.D.
Huntsville, Tx.  77349

2

**WHEREFORE,** the plaintiff's Motion for the Appointment of Counsel should be **GRANTED**.

SWORN TO BEFORE ME THIS

11th day of February 2000

*Ray Goodrum*
NOTARY PUBLIC

NOTARY PUBLIC STATE OF TEXAS
RAY GOODRUM
Commission Expires 05-03-2003