Case 2:00-cv-00097  Document 3  Filed in TXSD on 02/26/2000  Page 1 of 1

United States District Court
Southern District of Texas
FILED

FEB 26 2000

MICHAEL N. MILBY CLERK

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

BOBBY DIXON
   Plaintiff

    v.

Dr. RONALD MOORE
   Defendant

§
§
§
§
§
§
§
§
§
§

Cause No. **C-00-097**

## AFFIDAVIT IN SUPPORT OF THE PLAINTIFF'S MOTION
## FOR THE APPOINTMENT OF COUNSEL

**BOBBY DIXON,** being duly sworn, deposes and says:

1) I am the plaintiff in the above entitled case. I make this affidavit in support of my motion for the appointment of counsel.

2) The complaint in this case alleges that the plaintiff was subjected to poor dental treatment by the assigned dentist at the Garza West Unit, while defendant was working for the University of Texas Medical Branch, a contracted agency of the Texas Department of Criminal Justice.

3) This is a complex case because it contains several different legal issues and claims.

4) The case involve medical/dental issues that may require expert testimony.

5) The plaintiff has very limited education and absolutely no legal education.

6) Because plaintiff is presently incarcerated plaintiff has a very limited access to legal materials as well as limited ability to investigate the facts of the case.

7) As set forth in the Memorandum of Law submitted with this motion, these facts, along with the legal merit of plaintiff's claims, support the appointment of counsel to represent the plaintiff.

3.