United States District Cou[rt]
Southern District of Texa[s]
FILED

MAR 20 2000

MICHAEL N. MILBY CLERK

C-00-97

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        03/14/00
WY35/ABE1629              IN-FORMA-PAUPERIS DATA                  13:14:29
TDCJ#: 00488309 SID#: 01539123 LOCATION: WYNNE    INDIGENT DTE: 12/09/98
NAME: DIXON,BOBBY JAMES                    BEGINNING PERIOD: 09/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:         0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:    5.00
6MTH DEP:            5.00 6MTH AVG BAL:         0.00 6MTH AVG DEP:    0.83
MONTH HIGHEST BALANCE TOTAL  DEPOSITS    MONTH HIGHEST BALANCE TOTAL  DEPOSITS
02/00         0.00              0.00    11/99         0.00              0.00
01/00         5.00              5.00    10/99         0.00              0.00
12/99         0.00              0.00    09/99         0.00              0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF **WALKER**
ON THIS THE **14** DAY OF **MARCH**, **2000**, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____

*Audie P Belcher* (signature)



AUDIE P. BELCHER
Commission Expires 12-11-2003