IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

BOBBY DIXON §
 §
V. § C.A. NO. C-00-097
 §
DR. RONALD MOORE §

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, plaintiff's action is DISMISSED.

This is a FINAL JUDGMENT

SIGNED this 30 day of March, 2000.

_Jane Cooper-Hill_
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE