```
                IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF TEXAS
                           HOUSTON DIVISION
```

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
APR 28 2000  CS
Michael N. Milby, Clerk of Court

BOBBY DIXON                          §

V.                                   §     C. A. NO. C-00-097

DR. RONALD MOORE                     §

### NOTICE OF APPEAL

NOTICE is hereby given that BOBBY DIXON, Plaintiff in the above-captioned cause number, APPEALS to the UNITED STATES COURT OF APPEALS for the FIFTH CIRCUIT, from the Dismissal of his Civil Complaint on March 30, 2000.

Dated: April 24, 2000

*Bobby Dixon*
BOBBY DIXON #488309
TDCJ-ID    WYNNE UNIT
HUNTSVILLE, TX   77349

### CERTIFICATE OF SERVICE

There is no certificate of service required in this case, due to the dismissal being made, prior to service of complaint upon any other party to this action.

*Bobby Dixon*
BOBBY DIXON

15.