United States District Court
Southern District of Texas
ENTERED
MAY - 4 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| BOBBY DIXON § | |
| § | Civil Action No. 00-97 |
| v. § | |
| § | |
| RONALD MOORE § | |

**APPELLATE *IN FORMA PAUPERIS* DEFICIENCY ORDER**

The Court has received plaintiff's notice of appeal in the above-styled action (D.E. 15). However, Appellant has not paid the appellate filing fee ($105.00) nor has he submitted an application to proceed *in forma pauperis* with his original signature together with a data sheet concerning his trust fund information certified by the appropriate institutional officer.

Accordingly, it is ORDERED that the Clerk shall file Appellant's notice of appeal without prepayment of the appellate filing fee. It is further ORDERED that the Clerk shall forward to Appellant an application to proceed *in forma pauperis* and that Appellant must submit either the filing fee of $105.00 or a completed application to proceed *in forma pauperis* together with a certified data sheet within 30 days of the entry of this order. Plaintiff may obtain the trust fund data sheet from an institutional officer in the prison law library.

SIGNED at Corpus Christi, Texas, on May 13, 2000.

JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE