# United States District Court

FOR THE SOUTHERN DISTRICT OF TEXAS

BOBBY DIXON

v.

RONALD MOORE

APPLICATION TO PROCEED IN
FORMA PAUPERIS, SUPPORTING
DOCUMENTATION AND ORDER

CASE NUMBER: 2:00-cv-00097

United States District Court
Southern District of Texas
FILED

MAY 1 2 2000

MICHAEL N. MILBY, CLERK

I, BOBBY DIXON, declare that I am the (check appropriate box)

[X] petitioner/plaintiff

[ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant

[ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows:

In further support of this application, I answer the following questions.

1. Are you presently employed?   Yes [ ]   No [X]
   a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

   b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received.
      UNKNOWN

2. Have you received within the past twelve months any money from any of the following sources?
   a. Business, profession or other form of self-employment   Yes [ ]   No [X]
   b. Rent payments, interest or dividends?   Yes [ ]   No [X]
   c. Pensions, annuities or life insurance payments?   Yes [ ]   No [X]
   d. Gifts or inheritances?   Yes [ ]   No [X]
   e. Any other sources?   Yes [ ]   No [X]

17.

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking or savings accounts?
   Yes ☐   No ☒   (Include any funds in prison accounts.)
   If the answer is "yes," state the total value of the items owned.

4. Do you own or have any interest in any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   Yes ☐   No ☒
   If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   NONE

6. I authorize the official in charge of Prisoner Accounts to release records pertaining to my Inmate Trust Account, as requested by the United Sates District Court for the Southern District of Texas.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  MAY 8, 2000                    x  _Bobby James Wilson_ (signature)
            (Date)                             Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____
on account to his credit at the _____
institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

I further certify that during the last six months the applicant's average balance was $ _____

_____                    _____
Date                                Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

_____    _____      _____    _____
United States Judge   Date       United States Judge           Date
                                 or Magistrate Judge

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE        05/09/00
WY35/PJA4132             IN-FORMA-PAUPERIS DATA                   13:24:34
TDCJ#: 00488309 SID#: 01539123 LOCATION: WYNNE       INDIGENT DTE: 12/09/98
NAME: DIXON,BOBBY JAMES                     BEGINNING PERIOD: 11/01/99
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:           0.00 TOT HOLD AMT:         0.00 3MTH TOT DEP:    0.00
6MTH DEP:              5.00 6MTH AVG BAL:         0.00 6MTH AVG DEP:    0.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/00         0.00            0.00      01/00         5.00            5.00
03/00         0.00            0.00      12/99         0.00            0.00
02/00         0.00            0.00      11/99         0.00            0.00
PROCESS DATE    HOLD AMOUNT     HOLD DESCRIPTION
```

STATE OF TEXAS, COUNTY OF Walker 2000
ON THIS THE 9th DAY OF May, , I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____  OR SID NUMBER: _____

KEVIN L. BROWN
Notary Public, State of Texas
Commission Expires 06-03-2002