IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

BOBBY DIXON, TDCJ # 488309  §
                            §
V.                          §    C.A. NO. C-00-97
                            §
RONALD MOORE                §

United States District Court
Southern District of Texas
ENTERED
MAY 1 8 2000
Michael N. Milby, Clerk of Court

## ORDER RE COLLECTION AND PAYMENT OF FULL APPELLATE FILING FEE

Having considered the appellant's application for leave to proceed *in forma pauperis* on appeal in light of the Prison Litigation Reform Act of 1996 (PLRA), the Court finds that the appellant has shown good cause for not paying the initial partial appellate filing fee. It is therefore **ORDERED**:

1. The appellant shall pay $105.00, the full appellate filing fee, in monthly installments as provided in 28 U.S.C. § 1915(b)(1).

2. The Texas Department of Criminal Justice -- Institutional Division shall deduct 20% of each deposit made to the Appellant's inmate trust account and forward payments to the Court on a regular basis provided the account exceeds $10.00.

3. The Appellant shall execute all consents and other documents required by the agency having custody of the Appellant to authorize the necessary withdrawals from his trust account.

4. The District Court Clerk shall send a copy of this Order to TDCJ - Office of the General Counsel, P.O. Box 13084, Austin, TX 78711 and TDCJ Local Funds Division, P.O. Box 629, Huntsville, TX 77342-0629.

<u>NOTICE TO THE APPELLANT</u>:

If you do not wish to pay the appellate filing fee as set forth in this Order, you must notify the Court in writing, by letter or motion, that you do not wish to prosecute the appeal. Your notice must be mailed within 30 days from the entry of this Order.

ORDERED this __17__ day of ___May___, 2000.

_____
JANE COOPER-HILL
UNITED STATES MAGISTRATE JUDGE