# UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 00-40477
Conference Calendar

D.C. Docket No. C-00-CV-97

U.S. COURT OF APPEALS
FILED
DEC 13 2000
CHARLES R. FULBRUGE III
CLERK

United States District Court
Southern District of Texas
FILED
JAN - 8 2001
Michael N. Milby, Clerk of Court

BOBBY DIXON

    Plaintiff - Appellant

v.

RONALD MOORE, DR

    Defendant - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi.

Before DAVIS, STEWART, and PARKER, Circuit Judges.

### JUDGMENT

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the appeal is dismissed as frivolous.

ISSUED AS MANDATE: JAN 0 4 2001

A true copy
Test
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana
JAN 0 4 2001